# Court of Appeals
# of the State of Georgia

ATLANTA,___July 13, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0438. SHARON BUSH ELLISON v. ALAN DUNBAR A/K/A ALAN JACKSON.

Sharon Bush Ellison sought to file a complaint in forma pauperis. The trial court denied her request, and Ellison filed this application for discretionary appeal. Ellison, however, is entitled to appeal the ruling directly.

Under OCGA § 9-15-2 (d), when a party presents a civil action for filing in forma pauperis, the trial court is required to review the pleading. If the "pleading shows on its face such a complete absence of any justiciable issue of law or fact that it cannot be reasonably believed that the court could grant any relief against any party named in the pleading, then the judge shall enter an order denying filing of the pleading." OCGA § 9-15-2 (d). An order denying a pleading under this statute may be appealed directly. See id.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Ellison shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*___07/13/2016___
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*